SCOTT WALKER
    Plaintiff
V.
Christiana Care Healthcare
    Defendant

C.A. No 25-55

## THE PARTIES

1. SCOTT WALKER, Plaintiff, is a disabled senior citizen and may be served at 334West Ridge road, Nottingham pa 19762
2. Defendant Christiana Care Healthcare is Delaware Corporation and may be served at Churchmans Road and Chestnut Hill Road Newark DE 19713

## BACKGROUND

1. Plaintiffs suffers from rheumatoid arthritis and is a former alcoholic. Plaintiff is seventy three years of age and was seventy three at the times the complaint describes. Plaintiff is five foot eight inches tall and waze, one hundred and fifty five pounds at this time, which is january twelve twenty twenty five.When the facts described below took place.

2. In March of 2024, the plaintiff suffered a seizure at his home and was treated at Christiana care. Union hospital, who did not advocate a standard of care, but only wanted to test. The plaintiff left the hospital against medical advice.

3. On or about may first 2024 the plaintiff suffered a flare up of rheumatoid arthritis symptoms, including acute pain. The plaintiff went to a Christiana Care location near his home for treatment but left because the wait was too long. Plaintiffs then went to Defendant Bayhealth hospital in milford delaware for treatment because it was near his former home and he could recover there .

Bay health hospital told the plaintiff they didn't know the cause, recommended a neurologist in West Virginia, and the plaintiff was responsible for getting an ambulance to take him there.

The plaintiff returned to Bay health hospital in June with similar symptoms. This time Plaintiff could not walk and was given 60 mg of prednisone, and within 4 hours, the plaintiffs paralysis of his legs began to disappear. He stood up and soon was out of his wheelchair and walking with aid.

## FACTS

4. On or about july eighth, the plaintiff was transported to christianic care new york without his permission and was treated there without his permission. Plaintiff told his daughter his son in law who is a New Castle County police officer and his former wife, that the situation was under control and that he was resting at the red roof inn under the care of his daughter, Jillian and did not want to be disturbed.
The e m t who transported the plaintiff to christianica care took his vital signs and declared them to be normal. But transported him to christianina Care anyway, after being threatened by the three individuals mentioned above.

5. At Christiana Care the plaintiff was misdiagnosed as having encephalitis instead of suffering from rheumatoid arthritis and lack of sleep caused by the use of prednisone which was thr truth.

6. Because there is a standard of care for the treatment of encephalitis and not for the treatment of rheumatoid arthritis, Christiana Care treated the plaintiff for encephalitis with disastrous consequences for him Christiana is paid for delivery of care according to standards set by insurers and if there is no standard of care a provider like Christiana Care cannot make a profit.

7. After being admitted to Christiana, the plaintiff was given several drugs that were inappropriate for his condition and which calls tim to lapse into a coma where he would stay for the next four weeks, roughly speaking. The during this time, the plaintiff became unable to walk and was wheelchair bound when he left Christiana Care a nursing home.

8. Since his stay in add Christiana, care. The plaintiff has suffered immeasurably and still is somewhat crippled to this day and experiences very serious pain to this day, and during August and broke his hip due to the poor care and neglect. Of Christiana Care. The plaintiff's life has been profoundly damaged by the defendants.

The Defendants violated the Americans with disabilities act when they discriminated against the plaintiff. By wrongly, considering him an alcoholic. When in fact, the plaintiff was recovering from alcoholism. Christiana committed a federal hate crime when they judged the plaintiff to be an elderly white man who was an alcoholic and probably a drug addict, and who was not a favored minority but instead was an object of hate and discrimination because of age coler and gender. Christiana Care through caution to the wind and decided that the plaintiff was an old homeless white guy with no support and no money to hire a lawyer to sue. And so the plaintiff became the guinea pig of the defendants.

9. Actual damages: $650,000.
At the time, the plaintiff was taken to Christiana Care. He was 4 days away from filing to run for governor of the state of Delaware, the salary of which is around $165,000 a year, and it's a 4 year term and the figure above represents income lost by the plaintiff. The plaintiff could hardly file to run for office while in a coma at Christiana Care hospital.

10. Punitive damages:
$50,000,000. Nothing can describe the suffering that plaintiff has gone through at the hands of christiana care. Plaintiff was declared dead at that hospital but survived and was expected to be brain-damaged and not have any idea who he was. But the plaintiff somehow survived, but has lived a life of hell, not being able to walk and his suffering intense pain everyday. And returning to alcohol to treat that pain, because healthcare providers refuse to give him painkillers.
The plaintiff's political career is over. Just after it got started on a brilliant note, In two thousand and eighteen, when he won delaware's republican primary as a twenty to underdog.

### CONCLUSION

The plaintiff begs this court for relief and a positive verdict in his favor.

Scott Walker
Plaintiff
January 12, 2024

_____signature
Scott Walker